AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

U.S.

_Plaintiff_

v.

Lap Seng Ng

_Defendant_

Case No. 15 MAG 3369

DOC # 7

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Lap Seng Ng

Date: 9/21/2015

_Attorney's signature_ Kevin K. Tung

Kevin K. Tung (KT-1478)
_Printed name and bar number_

136-20 38th Ave, Suite 3D
Flushing, NY 11354
_Address_

ktung@kktlawfirm.com
_E-mail address_

718-939-4633 / 917-312-8129
_Telephone number_

718-939-4468
_FAX number_

[Stamp: U.S. DISTRICT COURT FILED SEP 2 1 2015 S.D. OF N.Y.]