AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York



DOC # 18

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-mj-03369-UA |
| Ng Lap Seng & Jeff C. Yin | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ng Lap Seng

Date: 09/27/2015

*Attorney's signature*

Joshua Foster, Bar No. JF1026
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019

*Address*

jfoster@orrick.com
*E-mail address*

(212) 506-3764
*Telephone number*

(212) 506-5151
*FAX number*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NG LAP SENG and
JEFF C. YIN

Case No.: 1:15-mj-03369-UA

## CERTIFICATE OF SERVICE

I, Joshua Foster, am not a party to this action, am over 18 years of age and have a business address of Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019.

On September 28, 2015, I served copies of the foregoing Notice of Appearance and Notice of Change of Address via U.S. mail on the following counsel:

**Janis Echenberg**
**Rahul Mukhi**
**Daniel Charles Richenthal**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
janis.echenberg@usdoj.gov
rahul.mukhi@usdoj.gov
daniel.richenthal@usdoj.gov

**Sabrina P. Shroff**
Federal Defenders of New York Inc.
52 Duane Street
10th Floor
New York, NY 10007
sabrina_shroff@fd.org

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2015

Joshua Foster