DOC # 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

United States of America        Plaintiff.

Case No. 1:15-mj-03369-UA

-against-

Ng Lap Seng & Jeff C. Yin        Defendant.

------------------------------------------------

U.S. DISTRICT COURT
FILED
SEP 30 2015
D.S.
S.D. OF N.Y.

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Joshua C. Foster**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JF1026        My State Bar Number is 4711412

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Fulbright & Jaworski, LLP
             FIRM ADDRESS: 666 Fifth Avenue
             FIRM TELEPHONE NUMBER: 212-318-3000
             FIRM FAX NUMBER: 212-318-3400

NEW FIRM:    FIRM NAME: Orrick, Herrington & Sutcliffe, LLP
             FIRM ADDRESS: 51 West 52nd Street, New York, NY 10019
             FIRM TELEPHONE NUMBER: 212-506-5000
             FIRM FAX NUMBER: 212-506-5151

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 9/25/2015

_____
ATTORNEY'S SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG and<br>JEFF C. YIN | Case No.: 1:15-mj-03369-UA |

### CERTIFICATE OF SERVICE

I, Joshua Foster, am not a party to this action, am over 18 years of age and have a business address of Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019.

On September 28, 2015, I served copies of the foregoing Notice of Appearance and Notice of Change of Address via U.S. mail on the following counsel:

**Janis Echenberg**
**Rahul Mukhi**
**Daniel Charles Richenthal**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
janis.echenberg@usdoj.gov
rahul.mukhi@usdoj.gov
daniel.richenthal@usdoj.gov

**Sabrina P. Shroff**
Federal Defenders of New York Inc.
52 Duane Street
10th Floor
New York, NY 10007
sabrina_shroff@fd.org

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2015

Joshua Foster