# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG and<br>JEFF C. YIN | Case No.: 1:15-mj-03369-UA<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>GUY SINGER** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Guy Singer, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ng Lap Seng, a Defendant in the above-captioned action.

I am in good standing of the bar of New York and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal courts.

Dated: September 28, 2015                     Respectfully submitted,

                                        By:  _____
                                             Guy D. Singer
                                             Orrick, Herrington & Sutcliffe LLP
                                             51 W. 52nd Street
                                             New York, NY 10019
                                             Phone: (212) 506-3510
                                             Fax: (212) 506-5151
                                             Email: gsinger@orrick.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG and<br>JEFF C. YIN | Case No.: 1:15-mj-03369-UA<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF GUY SINGER** |

The motion of Guy Singer, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of New York and the District of Columbia; and that his contact information is as follows:

> Guy D. Singer
> Orrick, Herrington & Sutcliffe LLP
> 51 W. 52nd Street
> New York, NY 10019
> Phone: (212) 506-3510
> Fax: (212) 506-5151
> Email: gsinger@orrick.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2015

_____
United States District/Magistrate Judge

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GUY DAVID SINGER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **September 13, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**September 25, 2015**

*[signature]*

Clerk of the Court

2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG and<br>JEFF C. YIN | Case No.: 1:15-mj-03369-UA |

## CERTIFICATE OF SERVICE

I, Joshua Foster, am not a party to this action, am over 18 years of age and have a business address of Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019.

On September 28, 2015, I served copies of the foregoing Motion for Admission Pro Hac Vice of Jonathan Lopez and Motion for Admission Pro Hac Vice of Guy Singer via U.S. mail on the following counsel:

**Janis Echenberg**
**Rahul Mukhi**
**Daniel Charles Richenthal**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
janis.echenberg@usdoj.gov
rahul.mukhi@usdoj.gov
daniel.richenthal@usdoj.gov

**Sabrina P. Shroff**
Federal Defenders of New York Inc.
52 Duane Street
10th Floor
New York, NY 10007
sabrina_shroff@fd.org

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2015

Joshua Foster