UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE UNITED STATES OF AMERICA

    -v-

NG LAP SENG

    Defendant.
-------------------------------------------------------X

NOTICE OF APPEARANCE

Crim. No.: 1:15-MJ-03369

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Alex Spiro, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for Defendant NG Lap Seng in the above-captioned matter.

Alex Spiro, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: aspiro@braflaw.com

Dated:
    September 29, 2015
    New York, NY