# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG and<br>JEFF C. YIN | Case No.: 1:15-mj-03369-UA<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE OF**<br>**JONATHAN LOPEZ** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Jonathan Lopez, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ng Lap Seng, a Defendant in the above-captioned action.

I am in good standing of the bar of the District of Columbia and California, and admitted to the Supreme Court of the United States and the Superior Court of the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal courts.

Dated: September 28, 2015

Respectfully submitted,

By: _____
Jonathan E. Lopez
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, D.C. 20005-1706
Phone: (202) 339 8456
Fax: (202) 339 8500
Email: jonathan.lopez@orrick.com

1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG and<br>JEFF C. YIN | Case No.: 1:15-mj-03369-UA<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN LOPEZ** |

The motion of Jonathan Lopez, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and California; and that his contact information is as follows:

> Jonathan E. Lopez
> Orrick, Herrington & Sutcliffe LLP
> 1152 15th Street, NW
> Washington, D.C. 20005-1706
> Phone: (202) 339 8456
> Fax: (202) 339 8500
> Email: jonathan.lopez@orrick.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2015

_____
United States District/Magistrate Judge



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JONATHAN ERROL LOPEZ

was on **JANUARY 6, 2012** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **September 25, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NG LAP SENG and
JEFF C. YIN

Case No.: 1:15-mj-03369-UA

## CERTIFICATE OF SERVICE

I, Joshua Foster, am not a party to this action, am over 18 years of age and have a business address of Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019.

On September 28, 2015, I served copies of the foregoing Motion for Admission Pro Hac Vice of Jonathan Lopez and Motion for Admission Pro Hac Vice of Guy Singer via U.S. mail on the following counsel:

**Janis Echenberg**
**Rahul Mukhi**
**Daniel Charles Richenthal**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
janis.echenberg@usdoj.gov
rahul.mukhi@usdoj.gov
daniel.richenthal@usdoj.gov

**Sabrina P. Shroff**
Federal Defenders of New York Inc.
52 Duane Street
10th Floor
New York, NY 10007
sabrina_shroff@fd.org

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2015

Joshua Foster